UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIFFANY RECINOS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　　Defendant. | Case No. C23-791 MJP<br><br>ORDER |

　　　　Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $402.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

　　　　The Clerk is directed to send copies of this order to the parties and to the Honorable Marsha J. Pechman.

　　　　//

　　　　//

　　　　//

ORDER - 1

Dated this 30th day of May, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2