UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIFFANY RECINOS,<br><br>                Plaintiff,<br><br>   v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                Defendant. | CASE NO. 2:23-cv-791 MJP<br><br>ORDER DENYING VARIOUS MOTIONS |

    This matter comes before the Court on Plaintiff's Motion to Enforce EEOC Statutes (Dkt. No. 15), Motion to Enforce RCW Title 51 (Dkt. No. 27), Motion to Enforce SSR 94-6 (Dkt. No. 29), Motions for Discretionary Review (Dkt. Nos. 8 & 9), and Motion for Abuse of Discretionary Review (Dkt. No. 39). Having reviewed the Motions and all supporting materials, the Court DENIES all six Motions. As the Court explained in its Order of Dismissal (Dkt. No. 40), Plaintiff has not yet filed a valid complaint over which the Court has subject matter jurisdiction. The Court has granted leave to amend, and Plaintiff must file an amended complaint

by no later than August 16, 2023. (Dkt. No. 40.) Unless and until Plaintiff files an amended complaint containing claims over which the Court has subject matter jurisdiction, the relief Plaintiff seeks cannot be granted. To the extent Plaintiff wishes to pursue claims that she identifies in her Motions, Plaintiff must include them in her amended complaint. The Court therefore DENIES these six Motions without prejudice.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated July 26, 2023.

Marsha J. Pechman
United States Senior District Judge

ORDER DENYING VARIOUS MOTIONS - 2