UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIFFANY RECINOS,<br><br>                Plaintiff,<br><br>   v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                Defendant. | CASE NO. 2:23-cv-791 MJP<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

      This matter comes before the Court on Plaintiff's Motion for Reconsideration. (Dkt. No. 41.) Having reviewed the Motion and all supporting materials, the Court DENIES the Motion.

      "Motions for reconsideration are disfavored." Local Civil Rule 7(g)(1). "The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." Id.

      Plaintiff's Motion fails to identify any basis for reconsideration of the Court's Order of Dismissal. Plaintiff asks the Court to "reopen the claim and complete [the] requested Mandamus

Discretionary Review on the EEOC." (Mot. at 1.) The Court understands that Plaintiff wishes to pursue her claims before the Court. But the Court has issued a detailed order explaining why Plaintiff's claims stated in the initial complaint cannot be brought in this Court. (Order of Dismissal at 3-6 (Dkt. No. 40).) The Court has specifically granted Plaintiff permission to file an amended complaint that contains claims that can be properly brought in this Court. (Id. at 3-7.) Plaintiff's Motion for Reconsideration does not identify any manifest error or either new law or facts that could not be identified earlier that compel the Court to revisit its Order of Dismissal. The Court therefore DENIES the Motion for Reconsideration.

As the Court explained in the Order of Dismissal, Plaintiff may file an amended complaint by no later than August 16, 2023. If the amended complaint contains claims that may be brought in this Court, then Plaintiff's case may proceed.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated July 26, 2023.

Marsha J. Pechman
United States Senior District Judge