|||
|---|---|
| TIFFANY RECINOS,<br><br>                    Plaintiff,<br><br>       v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                    Defendant. | CASE NO. 2:23-cv-791 MJP<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL AND SUMMARY JUDGMENT |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

This matter comes before the Court on Plaintiff's Motion for Voluntary Dismissal and Summary Judgment. (Dkt. No. 62.) Plaintiff claims to voluntarily dismiss the case under Criminal Rules 12 and 41(a). This is not a criminal case and the Court has already dismissed this case with prejudice. (Dkt. No. 61.) And because the case is dismissed, there is no basis for the Court to grant summary judgment. The motion is DENIED.

//

//

//

ORDER DENYING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL AND SUMMARY JUDGMENT - 1

The clerk is ordered to provide copies of this order to all counsel.

Dated September 7, 2023.

Marsha J. Pechman
United States Senior District Judge

ORDER DENYING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL AND SUMMARY JUDGMENT - 2