UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIFFANY RECINOS,<br><br>               Plaintiff,<br><br>   v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>               Defendant. | CASE NO. 2:23-cv-791 MJP<br><br>ORDER DENYING MOTION FOR EXTENSION |

This matter comes before the Court on Plaintiff's Motion for Extension of Time to file a Notice of Appeal. (Dkt. No. 78.) Having reviewed the Motion, the Court DENIES Plaintiff's request.

The Court entered an Order dismissing Plaintiff's case with prejudice on August 21, 2023. (Dkt. No. 61.) Plaintiff filed a Notice of Appeal on October 4, 2023. (Dkt. No. 71.) Plaintiff now asks the Court for an Extension to File a Notice of Appeal. The Court DENIES Plaintiff's Motion for two reasons. First, Plaintiff's Motion is a Ninth Circuit Form that is utilized by the Court of Appeals and is not proper before this Court. Second, the Ninth Circuit

1  assigned Plaintiff a case number, and upon review of that docket, it appears Plaintiff's case

2  before the Ninth Circuit is pending. Therefore, Plaintiff's Motion is unnecessary. The Court

3  DENIES the Motion.

4      The clerk is ordered to provide copies of this order to all counsel.

5      Dated December 11, 2023.

                                        Marsha J. Pechman
                                        United States Senior District Judge